```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA           :   **UNSEALING ORDER**
:
         - v. -                    :   S2 18 Cr. 526 (AJN)
:
TOMAS COLON,                       :
    a/k/a "El Gallo," et al.,      :
:
         Defendants.               :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Adam S. Hobson;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 11, 2022

_____
HONORABLE ALISON J. NATHAN
UNITED STATES CIRCUIT JUDGE
Sitting by designation