```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
               -against-                                       :      18-CR-526 (VEC)
                                                               :
                                                               :      ORDER
TOMAS COLON,                                                   :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 12, 2022, Defendant Tomas Colon appeared for an arraignment with his attorney before Magistrate Judge James L. Cott, Dkt. 366; and

WHEREAS Mr. Colon pled not guilty;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **July 13, 2022, at 3:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: July 12, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**