| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/13/22 |

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
        -against-                                       :     18-CR-526 (VEC)
:
:     ORDER
:
TOMAS COLON,                                           :
                           Defendant.      :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on a status conference was scheduled for July 13, 2022, at 3:00 p.m.; and

    WHEREAS defense counsel was unexpectedly unable to attend;

    IT IS HEREBY ORDERED THAT the status conference is adjourned *nunc pro tunc* to **July 14, 2022, at 12:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: July 13, 2022**
      **New York, NY**
                                                        **VALERIE CAPRONI**
                                                **United States District Judge**