```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
            -against-                                          :      18-CR-526 (VEC)
                                                               :
                                                               :      ORDER
TOMAS COLON,                                                   :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/14/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on a status conference was scheduled for July 14, 2022, at 12:00 p.m.; and

WHEREAS Mr. Colon was not produced;

IT IS HEREBY ORDERED THAT the status conference is adjourned *nunc pro tunc* to **July 15, 2022, at 12:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: July 14, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**