UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

         -against-

TOMAS COLON,
                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/22

18-CR-526 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court scheduled a status conference for Friday, July 22, 2022, at 2:30 p.m.; and

    WHEREAS that time is not convenient for all counsel;

    IT IS HEREBY ORDERED that the conference currently scheduled for Friday, July 22, 2022, at 2:30 p.m. is rescheduled for **Thursday, July 21, 2022, at 2:30 p.m.**

**SO ORDERED.**

Date: July 15, 2022
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**