**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

Telephone 212-349-0230

By ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/22

**MEMO ENDORSED**

July 19, 2022

Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

                    Re:     <u>United States v. Tomas Colon</u>
                             18 Cr. 526 (VEC)

Dear Judge Caproni:

      This letter is respectfully submitted to request that date of the *Curcio* hearing be changed to Thursday, July 28, 2022 at 2:00 p.m. I make this request to give Mr. Colon time to discuss the conflict issue with his family. I have been advised by Your Honor's Chambers that July 28th at 2:00 p.m. is convenient for Your Honor.

      Linda George, Esq., has informed me that she is available on Thursday, July 28th. I have reached out to Assistant United States Attorney Adam S. Hobson on short notice but I have not heard from him. On behalf of Mr. Colon, I consent to the exclusion of time for speedy trial purposes.

                                       Respectfully submitted,

                                       /s/ Andrew Patel
                                       Andrew G. Patel

cc:     All counsel by ECF

Application GRANTED. The hearing currently scheduled for July 21, 2022, at 2:30 p.m. is hereby ADJOURNED until **July 28, 2022, at 2:00 p.m.** Time is hereby excluded for the period between July 22, 2022, and July 28, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given Defendant's need to fully understand the risks of waiving his right to non-conflicted counsel.

SO ORDERED.

*[Signature]* 7/20/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE