

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2022

September 29, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Tomas Colon*, 18 Cr. 526 (VEC)

Dear Judge Caproni:

    The parties jointly write to request that the status conference in this matter, which is scheduled for October 3, 2022, at 3:30 p.m., be adjourned by approximately sixty days. The parties have been engaged in discussions about a pretrial resolution in this matter but seek additional time to continue those discussions.

    The Government further requests the exclusion of time under the Speedy Trial Act from October 3, 2022, through the date of the rescheduled conference. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the parties to continue discussions about, and potentially finalize, a pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). The defense consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

Cc (via ECF): Linda George, Esq.

Application GRANTED.  The status conference scheduled in this matter for Monday, October 3, 2022, a 3:30 P.M. is hereby adjourned until **Friday, December 2, 2022, at 2:00 P.M.**  It is further ordered that time is excluded from the period between Monday, October 3, 2022, and Friday December 2, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the potential of a pretrial resolution.

SO ORDERED.

*[signature]*  
09/29/2022

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE