**MEMO ENDORSED**

*Linda George*
Attorney at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

November 29, 2022

**VIA CM/ECF**
Hon. Valerie E. Caproni
United States District Judge
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: U.S. v. Tomas Colon
Cr. No.: 18-526 (VEC)

Dear Judge Caproni:

I write with the consent of the government to jointly request an adjournment of the status conference in this matter, presently scheduled for December 2, 2022 at 2:00 p.m. for a period of 60 days. The parties continue to be engaged in discussions about a pre-trial resolution and additional time is required.

Should the court be inclined to grant the extension requested, the defendant, through counsel, advises that he does waive any and all rights pursuant to the Speedy Trial Act from December 2, 2022 until the date to be set by the court. It is further understood that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial in that an exclusion will allow the parties to continue discussions and potentially achieve a pretrial resolution.

I thank you for your Honor's consideration in this request and remain,

Respectfully,

LINDA GEORGE
Attorney for Defendant Tomas Colon

cc: Via ECF    Patrick R. Moroney, AUSA
               Adam Hobson, AUSA

Application GRANTED. The status conference scheduled in this matter for Friday, December 2, 2022 at 2:00 P.M. is hereby adjourned until **Tuesday, January 31, 2023 at 11:00 A.M.** It is further ordered that time is excluded from the period between Friday, December 2, 2022 and Tuesday, January 31, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the potential of a pretrial resolution.

SO ORDERED.

11/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE