# MEMO ENDORSED



*Linda George*

**Attorney at Law**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/24/2023___

**577 Summit Avenue**
**Hackensack, New Jersey 07601**
**Tel: 201-487-5225**
**Fax: 201-487-8807**
**email: lgdefense@yahoo.com**

January 24, 2023

**VIA CM/ECF**
Hon. Valerie E. Caproni
United States District Judge
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:   U.S. v. Tomas Colon**
**Cr. No.: 18-526 (VEC)**

Dear Judge Caproni:

    I write with the consent of the government to jointly request an adjournment of the status conference in this matter, presently scheduled for January 31, 2023 at 11:00 a.m. for a period of 60 days.  The parties continue to be engaged in discussions, and meetings as well, in an effort to reach a pre-trial resolution and additional time is required.

    Should the court be inclined to grant the extension requested, the defendant, through counsel, advises that he does waive any and all rights pursuant to the Speedy Trial Act from January 31, 2023 until the date to be set by the court.  It is further understood that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial in that an exclusion will allow the parties to continue discussions and potentially achieve a pretrial resolution.

    I thank you for your Honor's consideration in this request and remain,

Respectfully,

**LINDA GEORGE**
Attorney for Defendant Tomas Colon

cc: Via ECF    Patrick R. Moroney, AUSA
                Adam Hobson, AUSA

Application GRANTED.  The status conference scheduled in this matter for Tuesday, January 31, 2023 at 11:00 A.M is hereby adjourned until **Wednesday, April 5, 2023 at 11:00 A.M.**  It is further ordered that time is excluded from the period between Tuesday, January 31, 2023 and Wednesday, April 5, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the potential of a pretrial resolution.

SO ORDERED.

01/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE