USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
            -against-                          :        18-CR-526 (VEC)
:
:        <u>ORDER</u>
TOMAS COLON,                                                       :
                 Defendant.                           :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Court scheduled a status conference for Wednesday, April 5, 2023, at 11:00 a.m., *see* Order, Dkt. 384; and

       WHEREAS that time is no longer convenient for the Court;

       IT IS HEREBY ORDERED that the conference currently scheduled for Wednesday, April 5, 2023, at 11:00 a.m. is rescheduled for **Thursday, April 6, 2023, at 11:00 a.m.**

**SO ORDERED.**

**Date:  March 28, 2023**
**New York, NY**                                   **VALERIE CAPRONI**
                                                         **United States District Judge**