USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -against-                                           :          18-CR-526 (VEC)
                                                                  :
                                                                  :          ORDER
TOMAS COLON,                                                      :
                         Defendant.                  :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 6, 2023, the parties appeared for a status conference (the "Conference"); and

      WHEREAS at the Conference, the parties indicated that they are close to reaching a pretrial resolution;

      IT IS HEREBY ORDERED that a further status conference is scheduled for **Friday, June 2, 2023 at 2:00 P.M.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

      IT IS FURTHER ORDERED that time is excluded for the period between April 5, 2023, and June 2, 2023 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the complexities of the case and the potential for a pretrial resolution.

**SO ORDERED.**

**Date:  April 6, 2023**
**New York, NY**
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**