USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against-                        :            18-CR-526 (VEC)
:
:              ORDER
TOMAS COLON, :
                      Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties are scheduled to appear for a status conference on Friday, June 23, 2023 at 10:30 A.M., *see* Order, Dkt. 395; and

       WHEREAS that time is no longer convenient for the Court;

       IT IS HEREBY ORDERED that the status conference is adjourned until **Friday, June 23, 2023 at 2:00 P.M.**

**SO ORDERED.**

Date: June 15, 2023
New York, NY

                                                                  **VALERIE CAPRONI**
                                                       **United States District Judge**