USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
                                         :
          -against-                      :     18-CR-526 (VEC)
                                         :
                                         :     <u>ORDER</u>
                                         :
TOMAS COLON,                             :
                    Defendant.           :
                                         :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 4, 2023, the parties appeared for a change-of-plea hearing; and

WHEREAS Mr. Colon pled guilty to a lesser included offense of Count 1 of the Superseding Indictment;

IT IS HEREBY ORDERED that Mr. Colon will be sentenced on **Wednesday, November 29, 2023, at 10:30 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Pre-sentencing submissions are due not later than **Wednesday, November 15, 2023**.

**SO ORDERED.**

Date:  August 4, 2023
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**