

**MEMO ENDORSED**

# PAWAR LAW GROUP P.C.
### ATTORNEYS AT LAW
20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

Robert Blossner
Vik Pawar

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023

November 14, 2023

BY ECF:
The Honorable Valerie E. Caproni
United States District Judge

Re:  *U.S. v. Colon*, 18 CR 526 (VEC)

Dear Judge Caproni:

I respectfully request permission, on behalf of Mr. Blossner and Mr. Lieber, to file Mr. Colon's sentencing memo under seal. AUSA Hobson does not take a position in this request. The need to file this under seal is due to defendant's agreement to be debriefed by the government.

Thank you

Respectfully,

Vik Pawar

Application GRANTED.  Mr. Colon may file his sentencing memo under seal.

SO ORDERED.

*Valerie Caproni*

11/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Cc:  All counsel