USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
    :
UNITED STATES OF AMERICA,    :
    :
    -against-    :    18-CR-526 (VEC)
    :
    :    <u>ORDER</u>
TOMAS COLON,    :
    Defendant.    :
    :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear for Mr. Colon's sentencing on Wednesday, November 29, 2023, at 10:30 A.M., *see* Order, Dkt. 402; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the sentencing is adjourned until **Friday, December 1, 2023, at 2:00 P.M.**

**SO ORDERED.**

Date:  November 20, 2023
New York, NY

                                                            **VALERIE CAPRONI**
                                                      **United States District Judge**