# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

November 27, 2023

**BY ECF:**
The Honorable Valerie E. Caproni
United States District Judge

Re:  *U.S. v. Colon,* 18 CR 526 (VEC)

Dear Judge Caproni:

We respectfully request permission to file our response to the Order to Show Cause under seal.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)
Bob Blossner (RB0526)

Cc:  All counsel