

# Inner City Press

In Other Media-eg New Statesman, AJE, FP, Georgia, NYT, Azerbaijan, CSM Click here to contact us

These reports are usually available through Google News and on Lexis-Nexis

Share |

Follow on TWITTER

Home -

Donate

These reports are usually available through Google News and on Lexis-Nexis

CONTRIBUTE

(FP Twitterati 100, 2013)

ICP on YouTube

More: InnerCityPro

BloggingHeads.tv
Sept 24, 2013

UN: Sri Lanka

VoA: NYCLU

FOIA Finds

Google, Asked at UN About Censorship, Moved to Censor the Questioner, Sources Say, Blaming UN - Update
Editorial

For Fentanyl Death of Krasniqi Burke Gets Time Served as Cooperator after Alec Dupuis 10 Years

By Matthew Russell Lee, Patreon Maxwell Book
BBC - Guardian UK - Honduras - ESPN

SDNY Courtroom Exclusive, July 14 – Alec Dupuis charged with selling deadly fentanyl resulting in the death of 24 year old Peter Krasniqi on August 11, 2020 had his condominium on West 56th Street in Manhattan raided and searched in December 2021.

  On November 22, 2022 U.S. District Court for the Southern District of New York Judge Jed S. Rakoff held his sentencing, after granting Inner City Press' request that Dupuis' heavily redacted sentencing memo be mostly unsealed.

On November 18, defense counsel refiled the sentencing memo onto ECF / PACER, which Inner City Press the same day published for all to see on DocumentCloud, here.

Support this work by buying this book



Click on cover for secure site orders

also includes "Toxic Credit in the Global Inner City"

Community Reinvestment

Bank Beat

Freedom of Information

How to Contact Us

On July 14, 2023, for the same death of Peter Krasniqi, Ahrman Burke was up for sentencing before Judge Victor Marrero. Inner City Press was there. A letter from Krasniqi's family was read out, asking for the maximum sentence. But Burke was a cooperator, and the US Attorney's Office gave him a 5K1 letter, which was accepted. Burke cited the fentanyl death of his friend Alejandro Torres, and karma. He was sentenced to time served, which was three years.

The case is US v. Burke, 21-cr-550 (Marrero)

Here is what happened on back on November 22, 2022 thread:

All rise!

Judge Rakoff: Probation sets the guideline at 324 months and up, but 340 months is the maximum. Govt wants 240 months: defense wants time served or 11 month. I ordered the defense submission unsealed.

Dupuis' lawyer Ilana Haramati: He was high at the time, doing 100s of dollars of drugs a day... He could have taken drugs in the MDC, he could have gotten them. I am asking for time served, with six months of rehab.

Dupuis' lawyer: He was evaluated by Doctor Alexander Barday [who testified for Kevin Spacey against Anthony Rapp in recent #MeToo trial ]

Dupuis' lawyer: His mother left him unsupervised--

Judge: She is not before me for sentencing. This resulted in death. Dupuis' lawyer: It's tragic. But she's already served hard time.

Dupuis's lawyer: Retribution is not appropriate under 3553a. Judge: But just punishment is.

AUSA Thomas John Wright: Facts matter. He knew he was selling a drug that was not what it pretended to be, to maximize profit. This was amoral.

AUSA: This is inescapably grim. Judge: I agree. Time served is not sufficient. But why 20 years and not 10?

AUSA: He knew. There are warning ads about fentanyl in the subway. Judge: Also deadly reckless driving... You let this defendant plead to a lesser charge

AUSA: Here we have actual knowledge. Here is the letter from the victim's father: He was murdered by a monster. My wife lost a son and a piece of her heart. She texts him daily. Holidays are meaningless to us now.

Letter from Mark Krasniqi asked judge to imagine it happen to one of his loved ones.

Judge Rakoff: My brother was murdered in cold blood at 43, as he began a brilliant career. So missed by our parents, me and my other brother. But that's only one side of the story...

Alec Dupuis: It's a tragedy. The cooperator is the one who didn't tell the, uh, Peter. I was a kid all alone

Alec Dupuis: In MDC I get bullied and taken advantage of. Let me read my letter. I was addicted since 13. During COVID, my roommate left. I needed to do a line to get out of bed. I own part of a restaurant.

Alec Dupuis: Other MDC inmates sell drugs. I want to check into non residential rehab. Thank you.

Judge: These are societal problems the courts are ill-equipped to address. I must find the fair sentence.

Judge: He knew he was dealing a danger, disguised substance. I sentence him to ten years. [Some crying in court. Ongoing.] AUSA: We propose forfeiture.

Judge: I'm not going to order it.

Dupuis' lawyer: He requests Danbury.

More on Patreon here.

\*\*\*

Your support means a lot. As little as $5 a month helps keep us going and grants you access to exclusive bonus material on our Patreon page. Click here to become a patron.



Feedback: Editorial [at] innercitypress.com

SDNY Press Room 480, front cubicle
500 Pearl Street, NY NY 10007 USA

Mail: Box 20047, Dag Hammarskjold Station NY NY 10017

Reporter's mobile (and weekends): 718-716-3540

Other, earlier Inner City Press are listed here, and some are available in the ProQuest service, and now on Lexis-Nexis.

Copyright 2006-2022 Inner City Press, Inc. To request reprint or other permission, e-contact Editorial [at] innercitypress.com

**Fast**PeopleSearch

Search for...

Search / People / B / Burke / Ahrman Burke / NY / New York

# Ahrman Burke
# in New York, NY (New York)

Age 29

[ GET FULL BACKGROUND REPORT » ]

≡ Profile

🏠 **Current Address** (Since October 2008)


2311 5th Ave, Unit 4FF
New York NY 10037

New York County

View larger map
Yankee Stadium    The Home De
Apt 4ff    Soundview

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use    [ I AGREE ]



## Is Ahrman Burke alive today?

Yes! Ahrman Burke is living today.

## What phone numbers have been used by Ahrman Burke?

Ahrman Burke has been registered with the following phone numbers:

(212) 491-1159, (720) 839-8411

## Is Ahrman Burke associated wth any businesses?

We do not show Ahrman Burke associated with any business records

Public Records for **Ahrman Burke**

Paid Results Sponsored by **TruthFinder.com**

| Ahrman S Burke | New York, NY | Age 29 | VIEW DETAILS |

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use



**Charles Burke**
Age 90 (Apr 1933)

**Christopher Brown**
Age 52 (Aug 1971)

**Damara Vargas**
Age 38 (May 1985)

**Daniel Burke**
Age 62 (Jan 1961)

**Danine Mccray**
Age 59 (Dec 1963)

**Darlene Bennett**
Age 62 (Dec 1960)

**Dwight Brown**
Age 38 (Sep 1985)

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use



...following people are relatives or close associates of Ahrman. Ahrman Burke(29), Aspyn Burke(22), Brian Burke(54), Kareem Burke(49), Leslie Burke(55), Robert Burke(30), Robert Burke(53), Robert Burke(76), Agnes Bennett(80), Alyssa Burke(22) and Biarni Burke(77).

Ahrman's current phone number is (212) 491-1159. This Landline number was issued by 'Verizon New York Inc', first reported in public records on October of 2019. Past phone numbers for Ahrman include (720) 839-8411.

## Frequently Asked Questions

### How old is Ahrman Burke?

Ahrman Burke is 29 years old, and was born in September of 1994.

### Where does Ahrman Burke live currently?

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use