USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                        :

UNITED STATES OF AMERICA,       :

           -against-                :        18-CR-526 (VEC)

                                        :        <u>ORDER</u>

TOMAS COLON,                        :

                       Defendant.  :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 14, 2023, in a publicly filed letter, Mr. Colon sought leave to file his entire sentencing submission under seal "due to [D]efendant's agreement to be debriefed by the Government," Dkt. 407;

       WHEREAS on November 14, 2023, the Court granted the request, Dkt. 408;

       WHEREAS on November 16, 2023, Mr. Colon filed his sentencing submission under seal, Dkt. 410;

       WHEREAS on November 20, 2023, the Court ordered Mr. Colon to show cause why he should not be required to file a public version of his sentencing submission redacted only to protect sensitive information that is not already public, *see id.* at 1;

       WHEREAS on November 28, 2023, Mr. Colon publicly filed his response to the order to show cause, which states that the basis for sealing the entire sentencing submission is that he waived extradition and agreed to be debriefed by the Government, although he did not ultimately cooperate, *see* Letter, Dkt. 415;

       WHEREAS on November 29, 2023, the Court ordered Mr. Colon to file a public version of his sentencing submission that used redactions to protect sensitive information that is not

already public, e.g., details of Defendant's daughter's medical issues; contact information for individuals who submitted letters on Defendant's behalf, *see* Order, Dkt. 416;

WHEREAS the Court also ordered that exhibits 2 through 5 could remain under seal in their entirety because they contained sensitive medical information, but the Court did not authorize sealing of exhibits 6 through 8, *see id.*;

WHEREAS on November 30, 2023, Mr. Colon filed a public version of his sentencing submission, *see* Dkt. 417;

WHEREAS the publicly filed version of his sentencing submission omits exhibits 6 through 8; *see id.*;

WHEREAS on November 30, 2023, the Court received by mail from Mr. Colon's attorney additional letters from Mr. Colon's family in support of his character; and

WHEREAS Mr. Colon has not filed copies of these additional letters on the docket.

IT IS HEREBY ORDERED that by no later than **Friday, December 1, 2023**, Mr. Colon must file public versions of exhibits 6 through 8 and the family letters in support of Mr. Colon's character that the Court received by mail. As previously stated in the Court's November 29, 2023, Order, the contact information, including addresses, email addresses, and telephone numbers, of the individuals who submitted letters on Defendant's behalf may be redacted.

**SO ORDERED.**

**Date:  November 30, 2023**              **VALERIE CAPRONI**
**New York, NY**                          **United States District Judge**