# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

December 1, 2023

**BY ECF:**
The Honorable Valerie E. Caproni
United States District Judge

Re:        *U.S. v. Colon,* 18 CR 526 (VEC)

Dear Judge Caproni:

I respectfully request until December 4, 2023, to file the remaining sentencing documents on the docket.

When the redacted documents were filed yesterday, I did not realize there were additional documents that the Court had also directed to file on the docket. My paralegal is instrumental in redacting the documents and unfortunately our office is closed today and he is not in the office. I respectfully request that the Court allow us to file the remaining documents on December 4, 2023. I am informed this would not affect today's sentencing.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:        All counsel