USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                                :

UNITED STATES OF AMERICA,                 :

                    -against-                    :          18-CR-526 (VEC)

                                              :          <u>ORDER</u>

TOMAS COLON,                                     :
                               Defendant.    :
                                                            :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 4, 2023, Mr. Colon pled guilty to Count 1 of the Superseding Indictment, *see* Order, Dkt. 402;

       WHEREAS on December 1, 2023, the Court entered a preliminary order of forfeiture as to specific property, *see* Forfeiture Order, Dkt. 422;

       WHEREAS the Forfeiture Order required any person, other than the Defendant, claiming interest in the specific property to "file a Petition within sixty (60) days from the first day of publication of the Notice on [the] official government internet website, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier," *see id.* ¶ 7; and

       WHEREAS on January 5, 2024, third parties King's Discount and 99 Cent Store ("King's") and Envio de Valores La Nacional, Corp. ("La Nacional") filed petitions for a hearing pursuant to 21 U.S.C. § 853(n) to adjudicate the validity of their alleged interests in the specific property.

       IT IS HEREBY ORDERED that by no later than **Friday, January 19, 2024**, the Government must respond to the petitions.  Any reply must be filed not later than **Friday, January 26, 2024**.

IT IS FURTHER ORDERED that the Court will hold a hearing on the petitions on **Thursday, February 1, 2024, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the Government serve a copy of this Order on King's and La Nacional and file proof of service by no later than **Friday, January 12, 2024**.

IT IS FURTHER ORDERED that, by no later than **Wednesday, January 17, 2024**, counsel for King's and La Nacional must file notices of appearance via ECF.

**SO ORDERED.**

Date:  January 9, 2024
New York, NY

_____
VALERIE CAPRONI
United States District Judge