USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA         :
                                                 :
           -against-                       :                   18-CR-526 (VEC)
                                               :
    TOMAS COLON,                          :                      <u>ORDER</u>
                                               :
                            Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 1, 2023, Tomas Colon ("Defendant") was sentenced principally to a term of imprisonment of 151 months, *see* Judgment, Dkt. 421;

       WHEREAS on May 17, 2024, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 436, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

       WHEREAS on June 3, 2024, the United States Probation Department reported that Defendant is not eligible for a sentence reduction because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence — precluding him from the status points reduction — nor did he have zero criminal history points — precluding him from the zero-point offender reduction, *see* Probation Report, Dkt. 437; and

       WHEREAS the Court has considered the record in this case;

       IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because neither the status points reduction nor the zero-point offender reduction applies to him.  Defendant's motion is therefore DENIED.

1

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 436, to mail a copy of this Order to Mr. Colon, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: June 4, 2024**
      **New York, NY**

                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**