```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS COLON,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

24-CV-9226 (VEC)

18-CR-526-7 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court concludes that the motion brought by Tomas Colon ("Movant") under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    IT IS FURTHER ORDERED that by not later **Friday February 7, 2025**, the U.S. Attorney's Office ("Respondent") must file an answer or other pleadings in response to the motion. Respondent must serve Movant at the below-referenced address and file proof of service on the docket by not later than **Monday, February 10, 2025**. Movant's deadline to file a response, if any, to Respondent's motion is **Friday, March 28, 2025**. Absent further order, the motion will be considered fully submitted as of that date.

    IT IS FURTHER ORDERED that the Clerk is further directed to mail a copy of this order to Mr. Tomas Colon, Reg. No. 09846-510, at FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811, and to note the mailing on the docket.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: December 5, 2024
       New York, New York

_____
VALERIE CAPRONI
United States District Judge