USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -against-

TOMAS COLON,

               Defendant.

18-CR-526 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 2, 2024, Defendant moved, pro se, pursuant to 28 U.S.C. § 2255 to vacate his sentence, *see* Dkt. 440;

WHEREAS on December 5, 2024, the Court ordered the Government to oppose Defendant's motion and file proof of service via ECF by February 10, 2025, *see* Dkt. 441; and

WHEREAS on February 3, 2025, the Government filed its opposition papers but did not file proof of service, *see* Dkt. 442;

IT IS HEREBY ORDERED that by end of day today, **Monday, March 31, 2025**, the Government must file proof of service via ECF.  If the Government served Defendant contemporaneous with filing its opposition, the Court will consider Defendant's motion fully submitted.  If the Government failed to serve Defendant, it must do so by end of day today, **Monday, March 31, 2025**, and file proof of service by **Tuesday, April 1, 2025.**  In that circumstance, Defendant's deadline to reply will be **Friday, May 16, 2025**.

IT IS FURTHER ORDERED that the Clerk is directed to mail a copy of this order to Mr. Tomas Colon, Reg. No. 09846-510, at FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811, and to note the mailing on the docket.

**SO ORDERED.**

Date:  **March 31, 2025**
     **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**